FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2022

No. 04-22-00648-CV

**IN THE INTEREST OF S.R.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01236
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On October 13, 2022, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the clerk's record did not contain a final order of termination. That same day, the trial court clerk filed a supplemental clerk's record, which contains such an order. Because the record now contains a final order of termination, we RETAIN this appeal.

It is so **ORDERED** on October 14, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT